```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| TIM MOORE, | Civil Action |
| Plaintiff, | No. 16-6058 (JBS-AMD) |
| v. | **MEMORANDUM OPINION** |
| CAMDEN COUNTY JAIL, | |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiff Tim Moore seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

Instead of completing the application, Plaintiff crossed out the pages of the application. Plaintiff must complete the application with his financial information before the Court can consider his application. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application, or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

| | |
|---|---|
| **October 12, 2016** | **s/ Jerome B. Simandle** |
| Date | JEROME B. SIMANDLE |
| | Chief U.S. District Judge |